IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MOHAMMED ASAMOAH KWANING, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:24-cv-02910-SHL-cgc |
| MERRICK GARLAND, ET AL., | ) ) ) |
| Respondents. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's petition under 28 U.S.C. § 2241 (ECF No. 2), filed November 20, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing § 2241 Petition for Lack of Jurisdiction, Certifying That Appeal Would Not Be Taken in Good Faith, and Denying Leave to Proceed in Forma Pauperis on Appeal (ECF No. 10), filed September 10, 2025, all of Petitioner's claims against Respondent are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 11, 2025
DATE